IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD DURR, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 3:26-cv-2641-M-BT |
| v. | § | |
| | § | |
| GREYSTAR WORLDWIDE LLC, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. ECF No. 9. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES** Plaintiff's motion for reconsideration of the order denying his IFP application or extend time to pay the $405 filing fee through October 9, 2026. ECF No. 8. Plaintiff's case will be dismissed under Federal Rule of Civil Procedure 41(b) by separate judgment and without further notice unless he pays the full $405.00 filing fee within **fifteen days** of this order.

**IT IS SO ORDERED** this 23rd day of November, 2026.

KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE